**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 156 MAL 2015
:
           Respondent       :
: Petition for Allowance of Appeal from the
: Order of the Superior Court
        v.           :
:
:
:
ROBERT WILSON DENT,      :
:
           Petitioner       :

## ORDER

**PER CURIAM**

    **AND NOW**, this 10th day of June, 2015, the Petition for Allowance of Appeal is

**DENIED**.